ALBANY,
Feb. 1810.

TAFT *against* GROSFENT.

SMITH
v.
GOODRICH.

IN error, on *certiorari.* *Grosfent* brought an action against *Taft*, before a justice, and after issue joined between the parties, the justice adjourned the trial of the cause until 10 o'clock in the forenoon of the 21st *November.* *Taft* appeared at the hour and place appointed, and being told that the justice could not come until 12, waited near three hours, and finding the justice did not attend, he went away ; and afterwards, just before one o'clock P. M. the justice came, and the plaintiff being present, the defendant was called, and not appearing, the justice proceeded in the cause, and gave judgment against him, by default.

Where a justice adjourned a cause until 10 o'clock A. M. and the defendant appeared at the time and place, and, waiting until past 12, went away, and the justice came soon after, and proceeded to hear the cause on the part of the plaintiff, and gave judgment against the defendant, it was held to be erroneous. A party is bound to wait a reasonable time only.

*Per Curiam.* The defendant below waited a reasonable time, and the cause became discontinued by the delay of the justice to attend; for it was an unreasonable delay. The defendant below, during the three hours he waited, was told, that the justice had said he could not come until 1x o'clock, and he waited near an hour after that time. The judgment below must be reversed.

Judgment reversed.